certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Saul J. Zucker* and *Lionel P. Kristeller* for petitioner.

No. 497. EDWARDS *v.* BINGHAM PUMP Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George P. Dike, Cedric W. Porter,* and *John F. McCarthy* for petitioner. *Mr. Robert F. Maguire* for respondent.

No. 506. SYSTEM FEDERATION No. 59 OF THE RAILWAY EMPLOYEES DEPT. *v.* LOUISIANA & ARKANSAS RAILWAY Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. P. Jones* for petitioner. *Messrs. A. L. Burford* and *T. W. Holloman* for respondent.

No. 511. TEXAS & PACIFIC RAILWAY Co. ET AL. *v.* CITIZENS NATIONAL BANK. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. M. E. Clinton* for petitioners. *Mr. Paul E. Lesh* for respondent.

No. 512. BOARD OF PUBLIC INSTRUCTION FOR THE COUNTY OF HERNANDO, FLORIDA, *v.* MEREDITH ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. O. K. Reaves* for petitioner. *Mr. Robert J. Pleus* for respondents.